# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNVERFERTH MFG CO, INC..,<br>Plaintiff(s)<br>vs.<br>MERIDIAN MFG, INC.,<br>Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 19-CV-4005-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney<br>Deputy Clerk: Jami Gollhofer<br>Official Court Record: FTR Gold   Contract? No<br>Contact Information: ------ |

| Date: | 05/01/2019 | Start: | 10:01 AM | Adjourn: | 10:33 AM | Courtroom: | Library | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | N/A | | | | Time in Chambers: | N/A | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Michael Dee, Brett Postal, Jenny Colgate and Joseph Hynds | | | | | | |
| | | Defendant(s): | Johnathan Kennedy, R. Scott Johnson | | | | | | |
| | | U.S. Probation: | N/A | | | | | | |
| | | Interpreter: | N/A | | | Language: | N/A | Certified: N | Phone: N |

**TYPE OF PROCEEDING:** SCHEDULING CONFERENCE    Contested? No    Continued from a previous date? No

Motion(s): N/A                               Ruling: N/A

**Matters discussed:**

Rule 16(b) and 26(f) conference. Dates proposed by the parties taken under advisement by the Court. Scheduling Order and Trial Management Order to follow. Western Division case, and the Jury Trial estimated at 10-12 days to take place in Sioux City, Iowa. The parties are reminded that boilerplate objections to discovery requests are not permitted and the court reviewed procedures and expectations regarding civility, following local and civil rules, procedure for modifying deadlines (expedited relief request and noting position of all parties), procedure for discovery disputes and obligation to fully meet and confer, and court's availability for status conferences. A future status conference hearing was requested for October/November 2019 (prior to the close of discovery and an order scheduling will follow).

**Witness/Exhibit List is**    N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** This is a patent case involving 5 patents and 3 different technologies with counterclaim trademark infringements involving seed tenders, conveyers, lot bars. Parties request a Markman hearing; the Court inquired parties' readiness for any tutorial hearing, and they agreed on August 2019, to be scheduled before the District Court.

Plaintiff stated that given the issues before the Court separate trials will be requested on Plaintiff's claims and counterclaims due to a substantial chance for jury confusion; defendant opposes and will brief arguments in any motion filed to request the same.

The Court rules it is too early in the case to address whether additional discovery is warranted beyond the rules (25 interrogatories and 10 depositions, Fed. R. Civ. P. 33) which will govern.

Page **1** of 1