# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNVERFERTH MFG. CO., INC., Plaintiff, vs. MERIDIAN MFG., INC., Defendant. | No. 19-CV-4005-LTS-KEM<br><br>ORDER |

*I.*  **INTRODUCTION:**  This order sets forth the deadlines applicable to this case. The Court expects the parties to adhere strictly to all deadlines specified in this order. A party who elects to represent himself/herself is held to the same deadlines as an attorney.

*II.*  **DEADLINES:**

- *A.* Initial disclosures: 04/30/2019
- *B.* Motions to add parties: 06/21/2019
- *C.* Motions to amend pleadings: 06/21/2019
- *D.* Expert witness disclosures:
    1. Plaintiff/Counterclaim Plaintiff: 30 days after Markman order, or 45 days after close of fact discovery (whichever is later)
    2. Defendant/Counterclaim Defendant: 30 days after initial expert disclosures by Plaintiff/Counterclaim Plaintiff
    3. Rebuttal: 30 days after disclosures by Defendant/Counterclaim Defendant
- *E.* Completion of fact discovery: 02/03/2020
- *F.* Completion of expert discovery: 30 days after rebuttal expert disclosures
- *G.* Dispositive motions: 08/03/2020

- **H.** Trial ready date: 01/11/2021
- **I.** **Duration of trial**: 10-12 days    **Jury Demand**: _X_ Yes ____ No

## III. CONSENT:

The parties unanimously consent to trial, disposition, and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3).

____ Yes    _X_ No

## IV. OTHER DEADLINES REQUIRED GIVEN NATURE OF CASE:

Given the nature of this action, the parties also included a Stipulated Patent Addendum in their submission to the Court (Doc. 20-2). The court adopts the provisions of the Addendum and imposes the following deadlines in this case:

**Disclosures regarding claims, infringement/non-infringement contentions, and validity/invalidity contentions** (see Doc. 20-2, sections 2-3):

- **A.** Plaintiff/Counterclaim Plaintiff disclosure of asserted claims and initial infringements contentions: 05/10/2019
- **B.** Defendant/Counterclaim Defendant disclosure of initial non-infringement contentions: 06/07/2019
- **C.** Defendant/Counterclaim Defendant disclosure of initial invalidity contentions directed to the asserted claims: 06/21/2019
- **D.** Plaintiff/Counterclaim Plaintiff disclosure of initial validity contentions: 07/05/2019

**Claim construction proceedings** (see Doc. 20-2, section 1):

- **E.** Exchange of claim terms: 07/19/2019

*F.* Exchange of proposed claim constructions and supporting intrinsic and extrinsic evidence for collective terms identified as requiring construction: 08/09/2019

*G.* Tutorial hearing ready date: 08/12/2019

**(date and time of hearing decided by District Court)**

*H.* Joint claim construction and prehearing statement: 09/06/2019

*I.* Opening claim construction briefs: 09/27/2019

*J.* Responsive claim construction briefs: 10/25/2019

*K.* Claim construction hearing ready date: 11/08/2019

**(date and time of hearing decided by District Court)**

**Final contentions** (*see* Doc. 20-2, section 4):

*L.* Final infringement contentions and final invalidity contentions: no later than 15 days after the court's claim construction ruling

**Additional deadlines** (*see* Doc. 20-2, sections 5-6):

*M.* Exchange of privilege logs: 10/02/2019

*N.* Disclosure of opinion of counsel defense: 11/29/2019

## V. *REQUESTS FOR HEARINGS:*

The Court encourages participation in the conduct of hearings on motions by lawyers who drafted or contributed to the motion or resistance and/or preparation for the hearing. A representation that the argument on motions will be handled, in whole or in part, by the lawyer(s) who drafted or contributed to the motion or resistance may weigh in favor of granting a hearing.

**IT IS SO ORDERED** this 3rd day of May, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa

3

Case 5:19-cv-04005-LTS-KEM   Document 22   Filed 05/03/19   Page 3 of 3