IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNVERFERTH MFG. CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN MFG., INC.,<br><br>Defendant. | Case No. 5:19-cv-4005<br><br>**UNVERFERTH MFG. CO., INC.'S MOTION TO STRIKE MERIDIAN'S UNAUTHORIZED REPLY IN FURTHER SUPPORT OF ITS LR72A APPEAL** |

**UNVERFERTH MANUFACTURING CO., INC.'S MOTION TO STRIKE MERIDIAN'S UNAUTHORIZED REPLY IN FURTHER SUPPORT OF ITS LR72A APPEAL**

Unverferth Mfg. Co., Inc. ("Unverferth") moves to strike the unauthorized reply brief filed by Meridian Manufacturing, Inc.'s ("Meridian") on March 3, 2020 in further support of its LR72A appeal. *See* Dkt. 113.[1]

Local Rule 72A provides that any party may appeal the rulings of United States Magistrate Judges in a civil case, and non-appealing parties have 14-days to respond to the appealing party's objections. <u>LR72A does not provide that the appealing party may file a reply brief in further support of its appeal.</u> As Meridian's reply brief was unauthorized by LR72A, and further because Meridian did not seek leave of court to file a reply brief in further support of its appeal (nor did it meet and confer with Unverferth regarding its desire to do so), Meridian's reply brief should be stricken.

---

[1] Meridian styled its reply brief as "Meridian's Memorandum in Support of its LR72A Objections to MJ Ruling [Dkt. No. 109]." While Meridian did not call this brief a "reply" that is exactly what it is, as Meridian previously filed an opening brief supporting its LR72A objections on February 11, 2021. *See* Dkt. 111. (For unknown reasons, and perhaps because Meridian attempted to file *two* memorandums in support of its LR72A objections, Docket No. 111 is no longer listed on the public docket.)

Dated: March 8, 2021					Respectfully submitted,

					/s/ Jenny L. Colgate
					Joseph A. Hynds (admitted *pro hac vice*)
					Jenny L. Colgate (admitted *pro hac vice*)
					Brett A. Postal (admitted *pro hac vice*)
					ROTHWELL, FIGG, ERNST
					& MANBECK, P.C.
					607 14th Street, N.W., Suite 800
					Washington, DC 20005
					Telephone: (202) 783-6040
					Facsimile: (202) 783-6031
					jhynds@rfem.com
					jcolgate@rfem.com
					bpostal@rfem.com

					Michael A. Dee, AT0002043
					BROWN, WINICK, GRAVES, GROSS,
					BASKERVILLE AND SCHOENEBAUM, P.L.C.
					666 Grand Avenue, Suite 2000
					Des Moines, Iowa 50309-2510
					Telephone: (515) 242-2400
					Facsimile: (515) 283-0231
					md@brownwinick.com

					*Attorneys for Plaintiff Unverferth Mfg. Co., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, a true and correct copy of the foregoing **Unverferth Manufacturing Co., Inc.'s Motion to Strike Meridian's Unauthorized Reply in Further Support of its LR72A Appeal** were served via electronic mail and filing with the Court's ECF system on the following counsel of record for Defendant Meridian Mfg., Inc.:

R. Scott Johnson
Cara S. Donels
Kristy Rogers
FREDRIKSON & BYRON
111 E Grand Avenue, Suite 301
Des Moines, IA 50309
515 242 8930
RSJohnson@fredlaw.com
cdonels@fredlaw.com
krogers@fredlaw.com

Barbara Marchevsky
Laura L. Myers
FREDRIKSON & BYRON
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
612 492 7000
bmarchevsky@fredlaw.com
lmyers@fredlaw.com

*/s/ Nasri V. B. Hage*
Nasri V. B. Hage
Rothwell, Figg, Ernst & Manbeck, P.C.